# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2022 KW 0463

**JULY 18, 2022**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**GH**
**WIL**

**Penzato, J.,** dissents and would grant the writ application. A defendant is not automatically entitled to an out-of-time appeal. **State v. Counterman,** 475 So.2d 336, 340 (La. 1985) (out-of-time appeal may be appropriate "after due consideration of such factors as the length of the delay in defendant's attempt to exercise the right and the adverse effect upon the state caused by the delay, in cases such as those in which the defendant was not substantially notified at sentencing of his right to appeal or those in which the defense attorney was at fault in failing to file or perfect a timely appeal."). Therefore, I would grant the writ application and order the district court to hold a hearing to determine whether the defendant is entitled to an out-of-time appeal.

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*
_____
DEPUTY CLERK OF COURT
     FOR THE COURT